DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHADWICK JAMES TROEGER,**
Appellant,

v.

**1621 S. DIXIE HWY LLC,** d/b/a **AVIARA EAST POMPANO**,
Appellee.

No. 4D2025-0665

[November 19, 2025]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Mardi Levey Cohen, Judge; L.T. Case No. COCE24068325.

Joshua M. Stahley of The Law Offices of Joshua M. Stahley, P.A., Fort Lauderdale, for appellant.

No appearance for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory. Without knowing the factual context, neither can an appellate court reasonably conclude that the trial judge so misconceived the law as to require reversal.").

GROSS, SHEPHERD and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***